**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Della S. Mayfield<br><br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 21-22446 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Metropolitan Life Insurance Company c/o Community Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

**/s/ Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
MMiksich@kmllawgroup.com