**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Della S. Mayfield**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Metropolitan Life Insurance Company<br>c/o Community Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br><br>vs.<br><br>**Della S. Mayfield**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Jeffrey J. Sikirica**,<br>　　　　　　　　　　**Trustee** | **BK NO. 21-22446 GLT**<br><br>**Chapter 7** |

**CERTIFICATE OF SERVICE
NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE
COVID-19 PANDEMIC**

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 01, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Della S. Mayfield
219 Melzena Street
Springdale, PA 15144

Attorney for Debtor(s)
Corey J. Sacca, Bononi & Company
20 North Pennsylvania Avenue
Greensburg, PA 15601

Trustee
Jeffrey J. Sikirica
121 Northbrook Drive (VIA ECF)
Pine Township
Gibsonia, PA 15044

Method of Service: electronic means or first class mail

Dated: December 01, 2021

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Maria Miksich, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Maria Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319383
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　MMiksich@kmllawgroup.com