Certificate Number: 16339-PAW-DE-036222852

Bankruptcy Case Number: 21-22446



16339-PAW-DE-036222852

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 26, 2021</u>, at <u>2:57</u> o'clock <u>PM EST</u>, <u>Della Mayfield</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>December 26, 2021</u>            By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>